MILLARD F. CALDWELL, Governor of the State of Florida, et al., constituting the State Board of conservation of Florida, and H. G. STEWART v. GAME AND FRESH WATER FISH COMMISSION OF THE STATE OF FLORIDA AND LOUIS G. MORRIS, L. G. BRUCE, LESTER VARN, J. W. CORBETT and ELLIS DAVIS, as Members of said Commission.

33 So. (2nd) 720                                    June Term, 1947
January 6, 1948                                              En Banc

J. Tom Watson, Attorney General, Fred M. Barns and T. Paine Kelly, Assistant Attorneys General, for appellant.

Mary Schulman, Bell & Bell and Whitaker Brothers for H. G. Stewart, Intervenor-Appellant.

Earl D. Farr, and Mabry, Reaves, Carlton, Anderson, Fields & Ward, for appellee.

PER CURIAM:

The decree appealed from is affirmed upon authority of State ex rel Griffin v. Sullivan, 158 Fla. 870, 30 So. 2nd 919,

and Revels v. DeGoyler, Beck and Griffin et al. v. Game and Fresh Water Fish Commission et al. this day filed.

So ordered.

TERRELL, Acting Chief Justice, BUFORD, ADAMS, SEBRING and Barns, JJ., concur.

THOMAS, C. J., and CHAPMAN, J., not participating.